AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2014 OCT -2 AM 11: 31

EASTERN-MARSHALL

BY _____

| | |
|---|---|
| GROWING TECHNOLOGY, LLC, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:14-cv-00649 |
| BROADCOM CORPORATION | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Broadcom Corporation
National Registered Agents, Inc.
1999 Bryan St., Suite 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Winston O. Huff
W.O. Huff & Associates PLLC
302 N. Market Street
Suite 450
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/1/14

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:14-cv-00649

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BROADCOM CORPORATION

was received by me on *(date)*    09/22/2014    .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* DELIVERED TO BROADCOM CORPORATION BY DELIVERING TO ITS' REGISTERED AGENT, CT CORPORATION SYSTEM, BY DELIVERING TO ITS' AUTHORIZED AGENT, MARIE GARCIA AT 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201 AT 1:50PM ON 09/22/2014

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    09/22/2014

*Server's signature*

ADIL TADLI, PRIVATE PROCESS SERVER SCH1206
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc: