# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GROWING TECHNOLOGY, LLC,** | **CIVIL ACTION NO. 2:14-cv-00649-JRG** |
| Plaintiff, | |
| v. | |
| **BROADCOM CORPORATION,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT

On this day, the Court considered the Joint Motion to extend the deadline for Defendant Broadcom Corporation to respond to Plaintiff's Growing Technology's Amended Complaint *F m0P q034+0"After considering the motion, the Court is of the opinion that it is well-taken. It is therefore ORDERED that the new deadline for the Broadcom's response to Amended Complaint for Patent Infringement"dg"gzvgpfgf "vq January 9, 2015.

**So ORDERED and SIGNED this 10th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE